PD-0045-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/9/2015 2:54:55 PM
Accepted 1/16/2015 2:59:19 PM
ABEL ACOSTA
CLERK

# PD-0045-15

## NO. 04-11-00891-CR

| | | |
|---|---|---|
| JAMES GARZA,<br>Appellant | § | IN THE COURT OF |
| vs. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS,<br>Appellee | § | AUSTIN, TEXAS |

### A MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITON FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes James Garza, Appellant in the instant cause, by and through his undersigned counsel, Edward F. Shaughnessy, and files this Appellant's Motion for Extension of Time to File Appellant's Petition for Discretionary Review. In support of the instant motion the Appellant would show unto this Court the following:

### A.

The Appellant is appealing the judgment of the 290th District Court of Bexar County Texas wherein he was convicted, following a jury trial, of the offense of Capital Murder and sentenced to Life in confinement in the Texas Department of Criminal Justice, without the possibility of parole in

cause number 2009-CR-12648A. The Court of Appeals for the Fourth District, San Antonio affirmed the appellant's conviction and sentence on October 24, 2012 in Smith v. State, (No. 04-11-00891-CR, October 24, 2014). On June 11, 2014 this Court reversed the judgment of the Court of Appeals and remanded the matter for further proceedings. Garza v. State, On December 23, 2014, the Court of Appeals reversed and remanded the cause for an evidentiary hearing. Garza v. State, ___ S.W.3d___, (NO. 04-11-00891-CR, Tex. App.-San Antonio, December 24, 2014) The appellant is seeking leave of this Court for an extension of time of thirty days in which to file the instant petition seeking review of the latest opinion from the Fourth Court of Appeals.

B.

The undersigned has been appointed by the trial Court to file a petition in the instant matter.

C.

The appellant anticipates asserting a single ground for review in the instant matter and the undersigned has reviewed the record and the opinion of the lower court.

D.

The undersigned has recently filed briefs in the following matters: Stephan Kirk Gay v. The State of Texas, Cause No. 04-14-00070-CR and Israel Ytuarte Rodriguez v. The State of Texas, Cause No. PD-0278-14.

E.

The undersigned has also recently filed a brief on behalf of the appellant in the case of Dustin Wilmer v. The State of Texas, Cause No. 07-14-00266-CR.

F.

The undersigned is seeking this extension of time to file, not for purposes of delaying the finality of the conviction, but rather to provide effective assistance of counsel to the appellant, which will be denied it the instant petition is not filed on his behalf. An extension of time to file the petition is crucial to assure that appellant's rights are protected in that regard.

PRAYER FOR RELIEF

Wherefore premises considered, the Appellant would request a thirty (30) day extension of time file the petition in the instant case until February 23, 2015.

Respectfully submitted,

/S/ Edward F. Shaughnessy

Edward F. Shaughnessy, III
Attorney for the Appellant
206 East Locust Street
San Antonio, Texas 78212
SBN: 18134500
Phone: (210) 212-6700
Fax: (210) 212-2178
Shaughnessy727@gmail.com

## CERTIFICATE OF SERVICE

I, Edward F. Shaughnessy, hereby certify that a copy of the instant motion was served upon Jay Brandon, attorney for the appellee by mailing the motion to 101 W. Nueva, Suite 525 on this the_9_day of January, 2015.


/S/ Edward F. Shaughnessy

Edward F. Shaughnessy, III
Attorney for the Appellant